# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMARR BILLMAN** | : | |
| *Plaintiff* | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | No. 20-02730 |
| **EASTON AREA SCHOOL DISTRICT** | : | |
| *Defendant* | : | |

## O R D E R

**AND NOW**, this 28th day of August, 2020, upon consideration of the motion to dismiss (Doc. No. 9), and the amended complaint (Doc. No. 10), it is **ORDERED** that the motion to dismiss (Doc. No. 9) is **DENIED AS MOOT.**

BY THE COURT:

*s/Gene E.K. Pratter*
_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**