# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMARR BILLMAN,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EASTON AREA SCHOOL DISTRICT,** | : | **No. 20-2730** |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2021, upon consideration of Defendant's Motion to Dismiss Portions of the Amended Complaint, or, in the alternative, Motion to Strike (Doc. No. 12) and Plaintiff's Response in Opposition (Doc. No. 13), it is **ORDERED** that the Motion (Doc. No. 12) is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1