## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMARR BILLMAN, | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| EASTON AREA SCHOOL DISTRICT, | : | **No. 20-2730** |
| *Defendant* | : | |

### ORDER

AND NOW, this /9th day of November, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14), Defendant's Statement of Undisputed Material Facts (Doc. No. 15), Plaintiff's Response in Opposition (Doc. No. 19), and the Court having conducted oral argument on November 3, 2021, it is **ORDERED** that the Motion (Doc. No. 14) is **DENIED** for the reasons outlined in the Memorandum of the same date.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1