# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMARR BILLMAN,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| EASTON AREA SCHOOL DISTRICT,<br>*Defendant* | : | No. 20-2730 |

## ORDER

AND NOW, this 30th day of June, 2022, upon consideration of the verdict entered after a jury trial (Doc. No. 82) and Mr. Billman's request for an award of back pay and front pay (Doc. No. 10), it is **ORDERED** as follows:

1. Mr. Billman shall file his proposed findings of fact,[1] conclusions of law, and supporting briefing regarding back pay and front pay on or before **July 8, 2022**;

2. Easton Area School District shall file any response and alternative findings of fact and conclusions of law on or before **July 15, 2022**;

3. The Court does not intend to hold a separate factual hearing on the issues of back pay and front pay; and

4. The deadline for filing motions regarding attorney fees and costs is **SUSPENDED** pending further order of the Court.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Proposed findings of fact and conclusions of law must include "specific reference to testimonial or documentary evidence that has been admitted." Judge Gene E.K. Pratter's General Pretrial and Trial Procedures, at 31 (Mar. 2022), https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.