IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMARR BILLMAN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EASTON AREA SCHOOL DISTRICT, | : | No. 20-2730 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 6th day of July, 2022, upon consideration of Mr. Billman's motion for sanctions (Doc. No. 75), Easton Area School District's response in opposition (Doc. No. 76), and the hearing scheduled for July 13, 2022 (Doc. No. 84), it is **ORDERED** that Mr. Billman shall submit any evidentiary documentation to support the reasonableness of the fees and costs sought in the Motion for Sanctions (Doc. No. 75), including any applicable affidavits, time sheets, and relevant attorney and paralegal rates, on or before **July 11, 2022**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1