IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMARR BILLMAN,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **EASTON AREA SCHOOL DISTRICT,** | : | No. 20-2730 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 5th day of August, 2022, upon consideration of a jury verdict in Mr. Billman's favor for $250,000 (exclusive of back pay and front pay), it is hereby **ORDERED** that:

1. Judgment is to be entered in favor of Mr. Billman and against Easton Area School District on Mr. Billman's claims of discrimination on the basis of race, hostile work environment, and retaliation;

2. For the reasons set forth in the accompanying Memorandum, the Court has determined that Mr. Billman is entitled to a back pay award of $20,490 and prejudgment interest on his back pay award of $858.11;

3. Judgment is entered in favor of Mr. Billman and against Easton Area School District in the total amount of **$271,348.11**;

4. Post-trial motions, including fee petitions, are to be filed in accordance with the Local Rules of the Eastern District of Pennsylvania and the Federal Rules of Civil Procedure with the time for filing to be calculated from the date of this Order; and

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

 /s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**