# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMARR BILLMAN, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| EASTON AREA SCHOOL DISTRICT, *Defendant* | : : : | No. 20-2730 |

## ORDER

**AND NOW**, this 8th day of August, 2022, upon consideration of Mr. Billman's motion for sanctions (Doc. No. 75), Easton Area School District's response in opposition (Doc. No. 76), and the hearing held on July 13, 2022, it is **ORDERED** that the Motion (Doc. No. 75) is **DEEMED MOOT IN PART** and **DENIED IN PART**, for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1