# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMARR BILLMAN,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EASTON AREA SCHOOL DISTRICT,** | : | **No. 20-2730** |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 22nd day of August, 2022, upon consideration of Mr. Billman's motion for attorneys' fees and costs (Doc. No. 105), it is hereby **ORDERED** that Easton Area School District shall respond on or before **September 2, 2022**.

                        **BY THE COURT:**

                        **/s/ Gene E.K. Pratter**
                        **GENE E.K. PRATTER**
                        **UNITED STATES DISTRICT JUDGE**