IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMARR BILLMAN,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EASTON AREA SCHOOL DISTRICT,** | : | **No. 20-2730** |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 30th day of August, 2022, upon consideration of Easton Area School District's Motion for Stay of Execution on Judgment and Proceedings to Enforce It Without a Bond (Doc. No. 103) and Mr. Billman's response indicating that he does not oppose the motion (Doc. No. 107), it is hereby **ORDERED** as follows:

1. The Motion (Doc. No. 103) is **GRANTED** for the reasons set forth in the accompanying Memorandum;

2. Execution on the Judgment (Doc. No. 100) is **STAYED** pending post-trial motions and appeal; and

3. No supersedeas bond is required.

BY THE COURT:

　/s/ Gene E.K. Pratter　
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1